UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:22-cr-79-JA-PRL

18 U.S.C. § 1118

DAVID LEE BISHOP

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about February 3, 2019, in the Middle District of Florida, at the Coleman Federal Correctional Complex, the defendant,

**DAVID LEE BISHOP**,

being a person confined in a Federal Correctional Institution, to wit, USP Coleman, under a sentence for a term of life imprisonment, did willfully, deliberately, maliciously, and with malice aforethought, unlawfully kill S.S., which killing was murder as defined 18 U.S.C. § 1111(a).

In violation of 18 U.S.C. § 1118.

### SPECIAL FINDINGS AS TO THE DEFENDANT

1. Count One of the Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. As to Count One of this Indictment, alleging murder by a federal prisoner, the defendant,

**DAVID LEE BISHOP,**

a. was 18 years of age or older at the time of the offense;

b. intentionally killed the victim, S.S. (18 U.S.C. § 3591(a)(2)(A)); and

c. committed the offense after previously being convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute (18 U.S.C. § 3592(c)(3)).



ROGER B. HANDBERG
United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney
Chief, Criminal Division (North)

2

FORM OBD-34
November 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

## THE UNITED STATES OF AMERICA

vs.

## DAVID LEE BISHOP

## INDICTMENT

Violations: 18 U.S.C. § 1118

Filed in open court this 16th day

of November 2022.

*[signature]* Clerk

Bail $ _____

GPO 863 525