UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,         Case No. 5:22-cr-79-JA-PRL

    Plaintiff,            ☐
    Government         ☒            ☒ Evidentiary
                                      ☐ Trial
                                        ☐ Other

v.

DAVID LEE BISHOP

    Defendant           ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1-1 | 12-5-23 | 12-5-23 | ANTHONY SIERRA | Photograph of L-1 Unit Showers |
| 1-2 | 12-5-23 | 12-5-23 | ANTHONY SIERRA | Photograph of L-1 Unit Showers |
| 1-3 | 12-5-23 | 12-5-23 | JEFFREY KAJANDER | Photograph of Holding Cell |
| 1-4 | 12-5-23 | 12-5-23 | JEFFREY KAJANDER | Photograph of BOP Office |
| 2 | 12-5-23 | 12-5-23 | JEFFREY KAJANDER | Waiver of Rights – BOP SIS Interview |
| 3 | 12-5-23 | 12-5-23 | KENNETH O'CONNOR | Waiver of Rights – FBI Interview |

**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 4 | 12-5-23 | 12-5-23 | KENNETH O'CONNOR | Letter to USMS |
| 5 | | | | BOP Memorandum (Lt. Sierra) |
| 6 | | | | BOP Memorandum (Lt. Kajander) |
| 7 | | | | BOP SIS Investigative Report |
| 8 | | | | FBI 302 Report of Interview of Defendant |
| 9 | | | | FBI 302 Report of Interview of Kajander |
| 10 | | | | FBI 302 Report of Interview of Hill |
| 11 | | | | Timeline of Events |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |