**U.S. District Court**
**Middle District of Florida**
Ocala Division

## GOVERNMENT EXHIBIT

Exhibit No.: **1-1**

Case No.: 5:22-cr-79-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID LEE BISHOP

Date Identified: *12-5-23*

Date Admitted: *12-5-23*

