U.S. District Court
Middle District of Florida
Ocala Division

GOVERNMENT EXHIBIT

Exhibit No.: 1-4

Case No.: 5:22-cr-79-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID LEE BISHOP

Date Identified: 12-5-23

Date Admitted: 12-5-23

