U.S. District Court
Middle District of Florida
Ocala Division

# GOVERNMENT EXHIBIT

Exhibit No.: **2**

Case No.: 5:22-cr-79-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID LEE BISHOP

Date Identified: 12-5-23

Date Admitted: 12-5-23

## ADVICE OF RIGHTS AND WAIVER

### Statement of Rights

I, **David Bishop Reg. No. 08168-040**, have been advised by **K. Hill**
       Name                                                        Investigator's Name
that I am suspected of the following:

**Homicide Of Another Inmate**                                    *DLB*
             Nature of Offense                                    Initials

I understand that that I have the following rights:

- I have the right to remain silent. Anything I say can be used as evidence against me in court.     *DLB* Initials

- I have the right to talk to a lawyer prior to any questioning, and/or to have a lawyer present during questioning. If I cannot afford an attorney, one will be appointed for me, if requested, before any questioning begins.     *DLB* Initials

- I have the right to terminate this interview at any time. If I decide to answer questions now, I can stop answering questions at any time, refuse to answer a particular question, and/or request to speak to a lawyer.     *DLB* Initials

**I have carefully read the above. I understand my rights.** Any questions I have asked concerning my rights have been answered to my satisfaction.     *DLB* Initials

### Waiver of Rights

I acknowledge that I have read the Statement of Rights above, or it has been read to me. Any and all of my questions have been fully answered. I fully and completely understand these rights. At this time, I agree to waive the rights above and answer questions without a lawyer present. No promises of any kind have been made to me, and no pressure or coercion of any kind has been used against me to get me to waive my rights. My signature below signifies that I am waiving these rights knowingly and voluntarily, of my own free will.

Signature: *David L Bishop*

Printed Name: **David Bishop**

Time/Date: **February 3, 2019** @ 6:35 pm

Witness Signature: *K. Hill / R. Sharma*

Witness Printed Name: **K. Hill/R.Sharma**

Date/Time: **February 3, 2019** @ 6:35 pm