U.S. District Court
Middle District of Florida
Ocala Division

**GOVERNMENT EXHIBIT**

Exhibit No.: **4**

Case No.: 5:22-cr-79-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID LEE BISHOP

Date Identified: 12-5-23

Date Admitted: 12-5-23

U.S. Marshal William (Bill) Berger
c/o U.S. Marshal's Service, Ocala
Golden-Collum Memorial
Federal Building & U.S. Couthouse
207 N.W. Second Street
Ocala, Florida 34470

Marshal Berger:

My name is David Lee Bishop and I am an inmate at Federal Correctional Complex, United States Penitentiary Coleman II in Coleman, Florida. I am writing this letter to request an attorney to protect my constitutional rights. I am indigent, unschooled in the law, and cannot afford to a hire lawyer.

I need an attorney to represent me for the following reasons. In February of 2019, I received a disciplinary report from the staff at Coleman USP II. The report alleges that I was involved in an assault that occurred on February 3, 2019 involving another inmate, Samuel Sampayo. According to the report, Mr. Sampayo died from his injuries on February 3, 2019.

Since February 3, 2019, my custodial status has worsened. I have been denied visitation and other privileges that I had before February 3, 2019. Based upon the disciplinary report, the FBI's repeated attempts to interview me, and my change in custodial status, I fear that I am the target of an ongoing criminal investigation and I need a lawyer.

I have not been provided an attorney. Accordingly, I hereby respectfully request the assistance of an attorney to protect my Miranda rights and other constitutional rights.

Sincerely,

David Lee Bishop
Register No.: 08168-040