**U.S. District Court**
**Middle District of Florida**
**Ocala Division**

**DEFENDANT EXHIBIT**

Exhibit No.: 2

Case No.: 5:22-CR-79-JA-PRL

UNITED STATES OF AMERICA

vs.

DAVID LEE BISHOP

Date Identified: 12/05/2023

Date Admitted: 12/05/2023

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED


OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Opening EC to investigate the alleged murder of inmate SAMUEL SAMPAYO

**Date:** 02/19/2019

**From:** JACKSONVILLE
    **Contact:** OCONNOR KENNETH M, 352-291-7450

**Approved By:** SSRA Derek E. Kreitenstein

**Drafted By:** OCONNOR KENNETH M

**Case ID #:** 90A-JK-3066343    (U) DAVID BISHOP-SUBJECT; SAMUEL SAMPAYO-VICTIM; FEDERAL CORRECTIONAL COMPLEX, COLEMAN, FL; IRREGULARITIES IN FEDERAL PENAL INSTITUTIONS-CRIMES OF VIOLENCE; OO:JK

**Synopsis:** (U) Opening EC to investigate the alleged murder of inmate SAMUEL SAMPAYO

**Enclosure(s):** Enclosed are the following items:
1. (U) Incident timeline 2/3/2019
2. (U) -Advice of Rights - David Bishop
   -Memorandum of Interview - David Bishop
3. (U) Cause and Manner of Death - Samuel Sampayo

**Details:**

On February 3, 2019, at approximately 4:00 p.m., inmate SAMUEL SAMPAYO was found unresponsive in his cell during a "cell by cell stand up" inmate count. Emergency Medical Service (EMS) personnel were dispatched to USP-2 Coleman in an attempt to revive SAMPAYO. EMS personnel pronounced SAMPAYO deceased at approximately 4:40 p.m. the same day. SAMPAYO'S cell mate, DAVID BISHOP, admitted to killing SAMPAYO during an unrecorded interview with Federal Bureau of Prisons (BOP) investigative personnel later the same day. Searches of the cell occupied by BISHOP and SAMPAYO were conducted on February 3, 2019 and February 4, 2019. All evidence collected was retained by the BOP.

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Opening EC to investigate the alleged murder of inmate SAMUEL SAMPAYO
Re:  90A-JK-3066343, 02/19/2019

On February 4, 2019, the writer met with BOP Special Investigative Agent (SIA) JEFFREY KAJANDER, BOP SIS Lieutenant KENNETH HILL and BOP SIS Lieutenant RAJESH SHARMA at USP-2 Coleman. The writer collected a number of reports from KAJANDER and HILL. The writer also collected a compact disc containing two recorded telephone calls from BISHOP to his mother which were believed to have occurred after the alleged murder. Most of the reports and the compact disc will be uploaded under a separate FD-302. Also on February 4, 2019, the Medical Examiner for Florida's 5th Judicial District (Leesburg, FL) determined the cause and manner of SAMPAYO's death to be "Asphyxia via ligature strangulation."

SAMUEL SAMPAYO, inmate registration #59761-080, date of birth: 3/17/1946, was a Mexikanemi Gang Member. SAMPAYO was serving a federal drug charge sentence with a potential release date of 12/29/2021. SAMPAYO was "low-key and well respected" in the unit. SAMPAYO's confirmed sexual preference was homosexual.

DAVID BISHOP, inmate registration #08168-040, date of birth: 8/25/1973, was serving a life sentence for a murder of an individual at a Veteran's Administration Psychiatric Hospital in Michigan in 1995. BISHOP was "low-key" until this incident.

SAMPAYO and BISHOP resided together in Cell 121 in Unit L-1 at USP-2 Coleman. Interviews with other inmates revealed SAMPAYO and BISHOP may have had a homosexual relationship.

On February 5, 2019, the writer briefed AUSA Michael Felicetta about the alleged murder of inmate SAMPAYO. AUSA Felicetta advised he needed to consult with his superiors about prosecution considering the alleged subject was already serving a life sentence. On February 11, 2019, AUSA Felicetta advised the USAO would be willing to prosecute the matter.

Attached to this opening communication are the following documents:

-Incident Time Line 2/3/2019 (one page);

**UNCLASSIFIED**

2

UNCLASSIFIED

Title:  (U) Opening EC to investigate the alleged murder of inmate SAMUEL SAMPAYO
Re:  90A-JK-3066343, 02/19/2019

-Advise of Rights Waiver for DAVID BISHOP (one page);

-Memorandum of Interview of DAVID BISHOP by SIA JEFFREY KAJANDER (two pages);

-Cause and Manner of Death of SAMUEL SAMPAYO (one page).

It is requested that a 90A investigation be opened and assigned to the writer.

♦♦

UNCLASSIFIED

3