UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:22-cr-79-JA-PRL

DAVID LEE BISHOP

## ORDER

This case is before the Court on the Motion to Suppress (Doc. 46) filed by Defendant. The assigned United States Magistrate Judge Lammens has submitted a Report (Doc. 85) recommending that the motion be denied. Defendant has filed an Objection to the Report (Doc. 97) and the Government has filed a Response (Doc. 98).

After review of the record in this matter, including consideration of the Objection and Response, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. The Court further emphasizes that as to the first confession, the reasoning in *United States v. Conley*, 779 F.2d 970 (4th Cir. 1985) was adopted by *Garcia v. Singletary*, 13 F.3d 1487 (11th Cir. 1994). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 85) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Suppress (Doc. 46) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on March 8th, 2024.

                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
David Lee Bishop