UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:22-cr-79-JA-PRL

DAVID LEE BISHOP

### ORDER

This case is before the Court on the Defendant's unopposed motion under Federal Rule of Criminal Procedure 32 to waive the requirement of a presentence interview or report and to expedite sentencing (Doc. 192). Upon due consideration, the motion is **GRANTED**. The information in the record enables the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 because 18 U.S.C. § 1118(a) sets a mandatory sentence. *See* Fed. R. Crim. P. 32(c)(1)(A)(ii). The sentencing will take place on May 22, 2024, at 11:30 AM.

**DONE** and **ORDERED** on April 30, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
David Lee Bishop